IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

UNITED STATES OF AMERICA    §
            §
V.            §    CRIMINAL NO. 6:18-CR-42
            §    JUDGES GILSTRAP/LOVE
ARCEE LAYNE MCCULLOCH (10)   §

## ELEMENTS OF THE OFFENSE

### Count 13

Violation:       21 U.S.C. § 841(a)(1) (Possession with Intent to Distribute Cocaine Base)

Penalty:        Imprisonment for a term of not more than 20 years; a fine not to exceed $1,000,000, or both; and a term of supervised release of at least 3 years.

Special Assessment:    $100.00

You are charged in Count 13 of the Indictment with a violation 21 U.S.C.

§ 841(a)(1), Possession with Intent to Distribute Cocaine Base.  The essential elements

which must be proven to establish violation of these offenses are:

FIRST**:**  That you knowingly possessed a controlled substance;

SECOND**:**  That the substance was, in fact, cocaine base, a Schedule II controlled substance; and,

THIRD**:**  That you possessed the controlled substance with the intent to distribute it.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

*/s/  Lucas Machicek*_____
LUCAS MACHICEK
ASSISTANT U.S. ATTORNEY
Texas Bar No. 24064230
110 North College Avenue, Suite 700
Tyler, Texas 75702
(903) 590-1400
Lucas.Machicek@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Elements of the Offense has been

served on counsel of record for the defendant via ECF on December 7, 2018.

*/s/ Lucas Machicek*_____
LUCAS MACHICEK

**Elements of the Offense – Page 2 of 2**